No. 486, Misc. TINSLEY v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se*. *John T. Corrigan* for respondent.

No. 518. ACKERMAN ET AL. v. GLOBE-DEMOCRAT PUBLISHING Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Bernard Dunau* for petitioners. *Lon Hocker* for respondent.

No. 146. NICKERSON v. BEARFOOT SOLE CO., INC., ET AL., *ante*, p. 815;

No. 149. LEE ET AL. v. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL., *ante*, p. 815;

No. 331. DAVIS ET AL. v. CITY OF BOWLING GREEN, KENTUCKY, ET AL., *ante*, p. 43;

No. 339. MURDOCH v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 879;

No. 340. CADE v. LOUISIANA, *ante*, p. 44;

No. 342. ALKER ET AL. v. FEDERAL DEPOSIT INSURANCE CORP. ET AL., *ante*, p. 880;

No. 10, Misc. TOLES v. UNITED STATES, *ante*, p. 836;

No. 43, Misc. LANSING v. NEW YORK, *ante*, p. 840;

No. 318, Misc. HESS ET AL. v. KRIZ ET AL., *ante*, p. 45;

No. 436, Misc. SAYLES v. RATCLIFF ET AL., *ante*, p. 885;

No. 509, Misc. WHITNEY v. WAINWRIGHT, CORRECTIONS DIRECTOR, *ante*, p. 888;

No. 511, Misc. WILLIAMS v. TILLETT BROTHERS CONSTRUCTION Co., INC., ET AL., *ante*, p. 888;

No. 551, Misc. THOMPSON v. MISSOURI, *ante*, p. 47; and

No. 614, Misc. SMITH v. RHAY, PENITENTIARY SUPERINTENDENT, *ante*, p. 916. Petitions for rehearing denied.